**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **KATHLEEN DAVENPORT RYJIK,** | * | **Case No. 19-13397-BFK** |
| | * | Chapter 7 |
| Debtor. | * | |

**ORDER GRANTING MOTION TO APPROVE
SETTLEMENT OF DOMESTIC SUPPORT OBLIGATION**

Upon consideration of Alexandre Ryjik's Motion to Approve Settlement of Domestic Support Obligations [Dkt. No. 151], ("Motion"), all pleadings filed in the case, any responses to the Motion, and it appearing that venue in this district is proper under 28 U.S.C. § 1409, and that this Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157(a) and (b)(2)(A), (G), (I) and (O) and the General Order of Reference from the United States District Court for the Eastern District of Virginia dated August 15, 1984, and the consent of the parties, that the proposed settlement of the domestic relations dispute is fair and equitable and is in the best interests of the Debtor and the Debtor's bankruptcy estate, and for good cause shown;

IT IS HEREBY ORDERED:

1. The Motion is hereby GRANTED and the terms of the Marital Settlement Agreement ("MSA") set forth in the Motion between Alexandre Ryjik and Kathleen Davenport Ryjik[1] are hereby approved to the extent that approval by this Court is required.

2. The Motion is hereby FURTHER GRANTED and this Court further approves the provisions of the MSA as to the application of the automatic stay of 11 U.S.C. § 362(a) and confirms that pursuant to 11 U.S.C. §§ 362(a)(2)(A)(ii) and (iii), the automatic stay is not

---

[1] As set forth in her chapter 7 petition, the debtor also has used the following names: Kathleen Davenport Greathouse, Kathleen Alexander Atkin, Kathleen Alexander Davenport, Alex Atkin, Alex Davenport, and Alexandria Davenport ("Debtor's Aliases").

applicable to any action between Alexandre Ryjik and Kathleen Davenport Ryjik seeking a final decree of divorce.

3. The Motion is hereby FURTHER GRANTED and this Court further approves the provisions of the MSA as to the application of the discharge provisions of 11 U.S.C. § 523 and confirms that pursuant 11 U.S.C. § 523(a)(5), that the Debtor's obligations under the MSA and the July 12, 2019 Circuit Court for Fairfax County, Virginia judgment against the Debtor as set forth in proof of claim 6-1 constitute domestic support obligations within the definition of 11 U.S.C. § 101(14A).

4. The Motion is hereby FURTHER GRANTED and this Court further approves the provisions of the MSA that in the event that the Debtor breaches the MSA, Alexandre Ryjik is entitled to enforce the Judgment and the MSA as non-dischargeable domestic support obligations under 11 U.S.C. § 523(a)(5).

5. The Motion is hereby FURTHER GRANTED and this Court further approves the provisions of the MSA that the Debtor is required to defend, indemnify, and hold Alexandre Ryjik harmless from any claims of the Debtor's creditors seeking to impress liability on Alexandre Ryjik for any of the Debtor's debts or the debts of any of the Debtor's Aliases.

6. The Motion is hereby FURTHER GRANTED and this Court further approves the provisions of the MSA that they provide for mutual waivers and releases between Alexandre Ryjik and the Debtor, except for any claims arising out of a breach of the MSA.

Dated: Jul 24 2020
Alexandria, Virginia

/s/ Brian F. Kenney
**BRIAN F. KENNEY**
Judge, U. S. Bankruptcy Court

Entered on docket: July 24, 2020

2

**I ASK FOR THIS:**

/s/ *Alexander M. Laughlin*
Alexander M. Laughlin, Esquire (VSB No. 25237)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:   703-218-2134
Fax:     703-218-2160
Email:   Alex.Laughlin@ofplaw.com

*Counsel Alexandre Ryjik*

**SEEN AND NO OBJECTION:**

/s/ *John C. Morgan*
John C. Morgan, Esquire (VSB No. 30148)
NEW DAY LEGAL, PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
Phone: (540) 349-3232
Fax:   (888) 612-0943
Email:  jcm@newdaylegal.com

*Counsel for the Debtor*

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)(1)**

I certify that a copy of this Order has been endorsed by all necessary parties.

/s/ *Alexander M. Laughlin*
Alexander M. Laughlin

**PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER**

All recipients of Notice of Electronic Filings (NEF)

Alexandre Ryjik
1916 Belle Haven Road
Alexandria, VA  22307

#4669309v3